IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-mc-00271-MEH | Date: | February 2, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                         *Counsel:*

MONTEREY BAY MILITARY HOUSING LLC ET AL

   Plaintiffs,

v.

PINNACLE MONTEREY LLC ET AL                 Adam Ross
                                            Amber Duffy

   Defendant.

DENVER SERIES OF LOCKTON COMPANIES LLC      James Dallner
                                            Delilah Vinzon
   Interested Party

## COURTROOM MINUTES

**MOTION HEARING**

**2:11 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Following argument regarding the [1] Non-Party's Motion to Quash Subpoena and for Protective Order by Interested Party Denver Series of Lockton Companies, LLC , the Court DENIED the motion as stated on the record.

**3:11 p.m.     Court in recess.          Hearing concluded.**

Total in-court time    01:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.