IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-mc-00271-MEH | Date: | February 18, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

MONTEREY BAY MILITARY HOUSING LLC ET AL          Mark Premo-Hopkins
                                                                                       Jeff Willen
                                                                                       Jessica Bluebond-Langher

    Plaintiffs,

v.

PINNACLE MONTEREY LLC ET AL                              Adam Ross
                                                                                       Thomas Dutton
                                                                                       Andy Matthews

    Defendant.

DENVER SERIES OF LOCKTON COMPANIES LLC         James Dallner
                                                                                       Delilah Vinzon

    Interested Party

JOHN GOODMAN                                                           Karen Kimmey
    Defendant

**COURTROOM MINUTES**
**MOTION HEARING**

**1:35 p.m.     Court in session.**

Court calls case. Appearances of counsel.

IT IS ORDERED THAT [18] Emergency MOTION to Compel *TO ALLOW REASONABLE CROSS-EXAMINATION OF NON-PARTY DENVER SERIES OF LOCKTON COMPANIES, LLC* by Plaintiffs is GRANTED IN PART. The plaintiffs are granted 90 minutes to cross-examine.

**1:44 p.m.     Court in recess.**     Hearing concluded.

Total in-court time   0:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.